1.The cases listed in Delta's motion are as follows:

**Cause No. E179234:** *Delores Preston v. Delta, et al.,* in the 172nd Judicial District Court of Jefferson County, Texas

**Cause No. D018110:** *Carlton Johnson, Sr. and Gloria L. Johnson v. Delta, et al.*, in the 136th Judicial District Court of Jefferson County, Texas

**Cause No. E180718:** *Ivory Pugh and Ressie Pugh v. Delta, et al.*, in the 172nd District Court of Jefferson County, Texas

**Cause No. B179701:** *Lino Zamudio and Maria Zamudio v. Delta, et al.*, in the 60th Judicial District Court of Jefferson County, Texas

2.The cases listed in Southeast's are as follows:

**Cause No. B-060,401-C:** *Branden Welch v. Ranchers and Farmers Insurance Company*; in the 163rd Judicial District Court of Orange County, Texas

**Cause No. 27,582:** *Edwin Bush and Charlotte Bush v. Ranchers and Farmers Insurance Company*; in the 1st District Court of Jasper County, Texas

**Cause No. 48207:** *Terry Garrett and Stephanie Garrett v. Ranchers and Farmers Mutual Insurance Company, and Southeast Surplus Underwriters General Agency, Inc.*; in the 88th Judicial District Court of Hardin County, Texas

**Cause No. B-070311-C:** *Jesse Don Fredeck v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, Inc. and Mark Lindoerfer*; in the 163rd Judicial District Court of Orange County, Texas

**Cause No. D-070369-C:** *Jimmy Wilson and Olivia Wilson v. Ranchers and Farmers Insurance Company, Southeast Surplus Underwriters General Agency, Inc., Prestige Claims Services, Inc., Mark Anderson and Mark Lindoerfer*; in the 260th Judicial District Court of Orange County, Texas

**Cause No. B-070638-C:** *Billy Burnett and Joan Burnett v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, Inc., Mark Lindoerfer and Charlie Vaughn*, in the 163rd Judicial District of Orange County, Texas

**Cause No. 48133:** *Wesley Young and Amie Young v. Ranchers and Farmers Mutual Insurance Company, Southeast Surplus Underwriters General Agency, John T. Parker Claims Service and Chris Ruble*, in the 88th Judicial District Court of Hardin County, Texas

**Cause No. 47809:** *Randy Duplecion and Bobbie "Marcie" Duplecion v. Southeast*

*Surplus Underwriters General Agency, Inc., Ranchers and Farmers Mutual Insurance Company, Prestige Claims Services, Inc., Mark Anderson and Mark Lindoerfer*; in the 88th Judicial District Court of Hardin County, Texas

**Cause No. D-060-363-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 260th Judicial District Court of Orange County, Texas

**Cause No. D-060-362-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 163rd Judicial District Court of Orange County, Texas

**Cause No. D-060-369-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 260th Judicial District Court of Orange County, Texas

**Cause No. D-060-361-C:** *Julie Chisolm and Alan Mesecher v. Ranchers and Farmers Insurance Company*; in the 128th Judicial District Court of Orange County, Texas

3. The cases listed in the Carriers' motion are as follows:(Two of the cases are against Standard Insurance Company and its adjusters, one is against American-Bankers Insurance Company and its adjusters, one is against American Security Insurance Company and its adjusters, one is against Voyager Insurance Company and its adjusters and one is against Underwriters and its adjusters. Underwriters is not a party to the Carriers' motion to transfer. )

**Cause No. B180386:** *Rahim Jabbar v. Standard Guaranty Insurance Company and Tom Wyche*; in the 60th Judicial District Court of Jefferson County, Texas

**Cause No. 48124:** *Belinda and David Roggenkamp v. Standard Guaranty Insurance Company and Roland Almarez and Fred Davis*; in the 356th Judicial District Court of Hardin County, Texas

**Cause No. A180349:** *Duggie Southern v. American Bankers Insurance Company of Florida, Financial Insurance Exchange and Timothy Hartsell*; in the 58th Judicial District Court of Jefferson County, Texas

**Cause No. 28,547:** *Larry Scott v. American Security Insurance and Thomas Lee Bashioum*; in the 1st Judicial District Court of Jasper County, Texas

**Cause No. B177901:** *Richmond O. Bennett, III as Representative of the Estate of Richmond O. Bennett, deceased v. Voyager Indemnity Insurance Company, Southwest Adjusters of Texas, LLC, Kyle Albright and Dixie Stewart*; in the 60th Judicial District Court of Jefferson County, Texas

**Cause No. A-179-691:** *Herbert Carmon and Martha Carmon v. Underwriters at Lloyd's, London and Cunningham Lindsey Claims Management, Inc.,* in the 58th Judicial District Court of Jefferson County, Texas

Standard Guaranty Insurance Company, American Bankers Insurance Company, American Security Insurance Company and Voyager Insurance Company had also originally listed three "tag along" cases, but have since omitted two of those cases from that request.